712 A.2d 1090

IN THE MATTER OF HOWARD J. HOFFMANN,
AN ATTORNEY AT LAW.

May 21, 1998.

## CORRECTED ORDER

The Disciplinary Review Board on April 3, 1998, having filed with the Court its decision concluding that **HOWARD J. HOFF-MANN** of **WEST NEW YORK, NEW JERSEY**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **HOWARD J. HOFFMANN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.